UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Barbara Gironda v. Bayer Corporation, et al.* | No. 10-cv-13692-DRH |
| *Ruth Nelson v. Bayer Corporation, et al.* | No. 10-cv-12037-DRH |
| *Daisy Rivera v. Bayer Corporation, et al.* | No. 12-cv-11532-DRH |
| *Trinity Taylor v. Bayer Corporation, et al.* | No. 12-cv-11601-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 2, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Digitally signed by **Deputy Clerk**
David R. Herndon
Date: 2015.07.06
15:23:58 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT